UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANCORPSOUTH BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV00373 JCH |
| ) | |
| RWM PROPERTIES II, LLC, and ) | |
| ) | |
| RONALD W. MOORE, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the Memorandum and Order entered on September 23, 2011 (ECF No. 34) and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion for Summary Judgment on Counts I and II is **GRANTED**.[1]

Dated this 14th day of October, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] The Court entered an order on October 5, 2011, dismissing Counts III and IV of Plaintiff's Amended Complaint pursuant to stipulation of the parties. (ECF No. 36).