UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANCORP SOUTH BANK, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> RWM PROPERTIES II, LLC, ) <br> and RONALD W. MOORE ) <br> Defendant(s). ) | Case No. 4:11CV373 JCH |

## ORDER

This matter is before the Court upon its review of the record. On October 28, 2011, Plaintiff filed a Motion for Approval of Its Litigation Expenses and Attorneys' Fees Recoverable Under the Terms of Its Promissory Note and Guaranty. (ECF No. 38). To date, Defendants have not filed a response to Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants are granted until **Wednesday, December 7, 2011**, within which to file a response to Plaintiff's Motion for Approval of Its Litigation Expenses and Attorneys' Fees Recoverable Under the Terms of Its Promissory Note and Guaranty. (ECF No. 38). Failure to do so may result in the Court's ruling on Plaintiff's unopposed motion.


Dated this   23rd     day of November, 2011.


/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE