

# MILHOUSE NEAL, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

40 WELDON PARKWAY
MARYLAND HEIGHTS, MO 63043
314.995.6900   314.995.6903
www.mn-cpa.com

April 24, 2015

The Honorable Jean C. Hamilton
U.S. District Court for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO  63102

    Case: 4:11-CV-00373-JCH
    Request for Fees and Expenses of Receiver

Dear Judge Hamilton:

We are the appointed receiver of the assets of Ronald W. Moore and RWM Properties II, LLC in the above-named case.

Enclosed is an itemized request for payment of our fees and expenses for the receivership services provided from October 16, 2014 thru April 15, 2015.

Respectfully,

MILHOUSE & NEAL, LLP

*Mark O. Neal*

By:  Mark O. Neal, CPA
Partner



# MILHOUSE NEAL, LLP
### CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

**INVOICE**

40 WELDON PARKWAY
MARYLAND HEIGHTS, MO 63043
314.995.6900   314.995.6903
www.mn-cpa.com

Ronald W. Moore Receivership
c/o Milhouse & Neal, LLP
40 Weldon Parkway
Maryland Heights, MO  63043

Invoice No.  125695
Date         04/23/2015
Client No.   1518

Request for funding for receivership services rendered and costs expended in the BancorpSouth Bank v. RWM Properties II, LLC and Ronald W. Moore matter pursuant to order of the United States District Court of the Eastern District of Missouri.

Total Invoice Amount:   $    2,638.00

**Billing Worksheet**
For the Period Ended: 04/15/2015
Primary Partner: Neal, Mark (MON)

| | | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| CONS | 561 Telephone Calls | Neal,Mark | 11/04/2014 | telecon w/ Angela Odlum @ AT | 195.00 | 0.20 | 39.00 |
| CONS | 541 Litigation Support | Neal,Mark | 12/02/2014 | BMO Harris Claim | 195.00 | 0.20 | 39.00 |
| CONS | 541 Litigation Support | Neal,Mark | 12/17/2014 | telecon w/ David Asmus | 195.00 | 0.50 | 97.50 |
| CONS | 564 Correspondence | Tasic,Elme | 01/12/2015 | 90 day letter | 195.00 | 1.00 | 195.00 |
| CONS | 501 General Consulting Services | Tasic,Elme | 01/13/2015 | Organize financial info, reconcile bank account to excel | 195.00 | 2.00 | 390.00 |
| CONS | 491 Clerical-Corresp./Gen Support | Thies,Heat | 01/13/2015 | Letter to judge & copies to 3 attorneys | 195.00 | 0.20 | 39.00 |
| CONS | 541 Litigation Support | Neal,Mark | 02/20/2015 | info for Tracy Brown | 195.00 | 0.30 | 58.50 |
| CONS | 501 General Consulting Services | Tasic,Elme | 02/20/2015 | Look up Bank account info and email to Mark | 195.00 | 0.50 | 97.50 |
| CONS | 541 Litigation Support | Neal,Mark | 02/21/2015 | Send banking info to Tracy Brown | 195.00 | 0.40 | 78.00 |
| CONS | 563 Conference - Interoffice | Brandt,Deb | 03/02/2015 | w/ Mark re: bankruptcy trustee's findings, request for a meeting | 195.00 | 0.20 | 39.00 |
| CONS | 541 Litigation Support | Neal,Mark | 03/02/2015 | discussion w/ ET & DB | 195.00 | 0.50 | 97.50 |
| CONS | 541 Litigation Support | Neal,Mark | 03/02/2015 | telecon w/ Chap.7 BK trustee atty. | 195.00 | 0.60 | 117.00 |
| CONS | 464 Correspondence | Neal,Mark | 03/04/2015 | | 195.00 | 0.10 | 19.50 |
| CONS | 561 Telephone Calls | Neal,Mark | 03/10/2015 | Robb Eggmann | 195.00 | 0.10 | 19.50 |
| CONS | 563 Conference - Interoffice | Brandt,Deb | 03/10/2015 | Discussions w/ Mark and Elmedina prior to conference call | 195.00 | 0.40 | 78.00 |
| CONS | 561 Telephone Calls | Brandt,Deb | 03/10/2015 | Conference call w/ bankruptcy trustee, bankruptcy attorney | 195.00 | 0.90 | 175.50 |
| CONS | 561 Telephone Calls | Neal,Mark | 03/10/2015 | Chap. 7 BK Trustee | 195.00 | 1.00 | 195.00 |
| CONS | 501 General Consulting Services | Tasic,Elme | 03/10/2015 | Conference call and prep for it | 195.00 | 2.20 | 429.00 |
| CONS | 541 Litigation Support | Neal,Mark | 03/31/2015 | corresp. w/Eggmann | 195.00 | 0.40 | 78.00 |
| CONS | 541 Litigation Support | Neal,Mark | 04/10/2015 | report to Court | 195.00 | 0.30 | 58.50 |
| CONS | 501 General Consulting Services | Tasic,Elme | 04/10/2015 | Letter to court and accounting | 195.00 | 1.40 | 273.00 |
| CONS | 491 Clerical-Corresp./Gen Support | Koeller,Je | 04/13/2015 | 90Day ltr | 195.00 | 0.10 | 19.50 |
| | | | | **Subtotal** | | 13.50 | 2,632.50 |
| FIRM | 950 Postage | Koeller,Je | 10/26/2014 | | | 0.00 | 1.19 |
| FIRM | 950 Postage | Koeller,Je | 01/11/2015 | | | 0.00 | 1.92 |
| FIRM | 950 Postage | Koeller,Je | 04/12/2015 | | | 0.00 | 2.37 |
| | | | | **Subtotal** | | - | 5.48 |
| | | | | **Total - Ronald W. Moore Receivership** | | 13.50 | 2,637.98 |