

# MILHOUSE NEAL, LLP
### CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

40 WELDON PARKWAY
MARYLAND HEIGHTS, MO 63043
314.995.6900   314.995.6903
www.mn-cpa.com

July 10, 2015

The Honorable Jean C. Hamilton
U.S. District Court for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO  63102

      Case: 4:11-CV-00373-JCH
      Response to Order Appointing Receiver:
        – Receipts and Expenditures in Association with the Receivership

Dear Judge Hamilton:

We are the appointed receiver of the assets of Ronald W. Moore and RWM Properties II, LLC in the above-named case.

Since the date of our last letter dated April 13, 2015 through the date of this letter, we received $1,500.00 and disbursed $5,733.83 in approved payments. The balance currently held in escrow is $115,181.13.

Respectfully,

MILHOUSE & NEAL, LLP

*Mark O. Neal*

By:  Mark O. Neal, CPA, CGMA
Partner

cc:  Madelyn J. Lamb, Hinshaw & Culbertson LLP, Attorneys for Plaintiff

    Norman W. Pressman, Goldstein & Pressman, P.C., Attorneys for Defendants

    Robert E. Eggmann, Desai Eggmann Mason, LLC, Attorneys for Receiver

    Tracy A. Brown, Law Office of Tracy A. Brown, P.C., Chapter 7 Trustee