

# MILHOUSE NEAL, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

40 WELDON PARKWAY
MARYLAND HEIGHTS, MO 63043
314.995.6900   314.995.6903
www.mn-cpa.com

August 19, 2015

The Honorable Jean C. Hamilton
U.S. District Court for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO  63102

      Case: 4:11-CV-00373-JCH
      Request for Fees and Expenses of Receiver

Dear Judge Hamilton:

We are the appointed receiver of the assets of Ronald W. Moore and RWM Properties II, LLC in the above-named case.

Enclosed is an itemized request for payment of our final fees and expenses for receivership services provided from July 24, 2015 thru August 19, 2015 prior to transferring the receiver's assets to the Chap. 7 bankruptcy trustee.

Respectfully,

MILHOUSE & NEAL, LLP

*Mark O. Neal*

By:  Mark O. Neal, CPA
Partner



# MILHOUSE NEAL, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

## INVOICE

40 WELDON PARKWAY
MARYLAND HEIGHTS, MO 63043
314.995.6900   314.995.6903
www.mn-cpa.com

Ronald W. Moore Receivership
c/o Milhouse & Neal, LLP
40 Weldon Parkway
Maryland Heights, MO  63043

Date         08/19/2015
Client No.   1518

Request for funding for receivership services rendered and
costs expended in the BancorpSouth Bank v. RWM
Properties II, LLC and Ronald W. Moore matter pursuant
to order of the United States District Court of the Eastern
District of Missouri.

Total Invoice Amount:    $   624.00

**Billing Worksheet**
For the Period: 08/15/2015
Primary Partner: Neal, Mark (MON)

|  |  | Name | Date | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---:|---:|---:|
| CONS | 501 General Consulting Services | Tasic,Elme | 08/04/2015 | Organize files for Eric Peterson | 195.00 | 1.20 | 234.00 |
| CONS | 501 General Consulting Services | Tasic,Elme | 08/05/2015 | w/Eric Peterson and put files back | 195.00 | 1.00 | 195.00 |
| CONS | 501 General Consulting Services |  |  | Finalize receivership | 195.00 | 1.00 | 195.00 |
|  |  |  |  | Total |  | 3.20 | 624.00 |